IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR346 |
| | ) | |
| V. | ) | |
| | ) | |
| MARIANA VALADEZ-GONZALEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1)    The defendant's motion to continue trial (filing 23) is granted.

(2)    Trial of this case is continued to March 25, 2013, before the undersigned Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)    The time between January 15, 2013 and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161.

DATED this 16th day of January, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge